IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| FUMA INTERNATIONAL LLC, an Ohio limited liability company, | |
|---|---|
| *Plaintiff/Counterdefendant*, | 1:19-CV-260 |
| v. | and |
| R.J. REYNOLDS VAPOR COMPANY, a North Carolina corporation, | 1:19-CV-660 |
| *Defendant/Counterplaintiff.* | |

## ORDER GRANTING
## JOINT MOTION TO AMENND THE PRETRIAL SCHEDULING ORDER

For good cause, the Court hereby grants the parties' Joint Motion to Amend the Pretrial Scheduling Order, Doc. 96, and orders that all deadlines in the Pretrial Scheduling Order, Doc. 47, are amended as follows:

| Event | Current Deadline Date | Amended Deadline Date |
|---|---|---|
| Plaintiff's Final Infringement Contentions | Friday, April 10, 2020 | Same. |
| Defendant's Final Non-Infringement/Invalidity Contentions | Friday, April 24, 2020 | Same. |
| Disclosure of Opinions of Counsel | Thursday, April 30, 2020 | Friday, May 29, 2020 |
| Fact Discovery Cutoff | Monday, June 1, 2020 | Wednesday, July 1, 2020 |

| Event | Current Deadline Date | Amended Deadline Date |
|---|---|---|
| Due Date for Burden Expert Reports (Party Bearing Burden of Proof) | Tuesday, June 23, 2020 | Thursday, July 23, 2020 |
| Due Date for Non-Burden Expert Reports (Opposing party bearing burden of proof) | Thursday, July 23, 2020 | Friday, August 21, 2020 |
| Due Date for Rebuttal Expert Reports | Thursday, August 6, 2020 | Friday, September 4, 2020 |
| Disclosed Expert Depositions May Begin | Thursday, August 13, 2020 | Friday, September 11, 2020 |
| Expert Discovery Cutoff | Monday, September 14, 2020 | Friday, October 2, 2020 |
| Opening Dispositive Motions Due on or Before | Wednesday, October 14, 2020 | Tuesday, October 20, 2020 |
| Responsive Dispositive Motions | Wednesday, November 11, 2020 | Same. |
| Reply on Dispositive Motions | Wednesday, November 25, 2020 | Same. |
| Informal Exchange of Witness Lists, Deposition Designations; Jury Instructions, and Verdict Form | 21 days after rulings on dispositive motions | Same. |
| Informational Exchange on Motions in Limine | 28 days after rulings on dispositive motions | Same. |
| Meet and Confer | 35 days after rulings on dispositive motions | Same. |
| File Witness Lists, Exhibit Lists, Deposition Designations; Jury Instructions, and Verdict Forms | 42 days after rulings on dispositive motions | Same. |
| File Motions in Limine | 45 days after rulings on dispositive motions | Same. |

| Event | Current Deadline Date | Amended Deadline Date |
|---|---|---|
| Pretrial Conference | TBD | Same. |
| Trial | TBD; Likely Late March or April 2021 | Same. |

**IT IS SO ORDERED.**

This the 2nd day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE