IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FUMA INTERNATIONAL LLC,<br>an Ohio limited liability company,<br><br>*Plaintiff*<br><br>v.<br><br>R.J. REYNOLDS VAPOR COMPANY,<br>a North Carolina company,<br><br>*Defendant* | 1:19-CV-260 |

## ORDER GRANTING JOINT MOTION TO EXTEND THE FACT DISCOVERY DEADLINE BY SIX DAYS TO COMPLETE DEPOSITIONS

This matter came before the Court on the parties' Joint Motion to Extend the Fact Discovery Deadline by six days. After reviewing the Joint Motion, the Court finds that good cause exists to grant the requested extension.

It is **ORDERED** that the motion to extend time, Doc. 109, is **GRANTED** and the deadline for completing fact depositions is extended to July 15, 2020.

This the 7th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE