# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FUMA INTERNATIONAL LLC, an Ohio limited liability company, *Plaintiff/Counterdefendant*, v. R.J. REYNOLDS VAPOR COMPANY, a North Carolina corporation, *Defendant/Counterplaintiff.* | Civil Action No. 1:19-cv-260 and Civil Action No. 1:19-cv-660 |

**NOTICE OF SPECIAL APPEARANCE J. JASON WILLIAMS**

**NOW COMES** Defendant R.J. Reynolds Vapor Company, through counsel, and hereby gives notice that J. Jason Williams, of the law firm of Jones Day, is making a special appearance on behalf of Defendant R.J. Reynolds Vapor Company in the above captioned matter, in association with John F. Morrow, Jr. of the law firm of Womble Bond Dickinson (US) LLP. Mr. Williams is a member in good standing of the State Bar of Georgia. By entering an appearance, Mr. Williams agrees to the provisions of Rule 83.1(d) of the Local Rules of the Middle District of North Carolina. Mr. Williams's contact information is as follows: Jones Day, 1420 Peachtree Street, N.E., Suite 800, Atlanta, Georgia, Telephone: 404.581.8286, Facsimile: 404.581.8330, jjwilliams@jonesday.com.

1

This the 27th day of July, 2020.

*J. Jason Williams*
J. Jason Williams (GA Bar No.: 142689)
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-3053
Telephone: 404.581.8286
Facsimile: 404.581.8330
jjwilliams@jonesday.com


*/s/ John F. Morrow, Jr.*
John F. Morrow, Jr. (N.C. Bar No. 23382)
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: 336.721.3584
Facsimile: 336.733.8429
John.Morrow@wbd-us.com

*Counsel for Defendant R.J. Reynolds Vapor Company*

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2020, I electronically filed the foregoing **NOTICE OF SPECIAL APPEARANCE OF J. JASON WILLIAMS** with the Clerk of Court using the CM/ECF system.

>  */s/   J. Jason Williams*
> J. Jason Williams

3

Case 1:19-cv-00260-CCE-JEP   Document 114   Filed 07/27/20   Page 3 of 3