# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FUMA INTERNATIONAL LLC,<br>an Ohio limited liability company,<br><br>*Plaintiff/Counterdefendant*,<br><br>v.<br><br>R.J. REYNOLDS VAPOR COMPANY,<br>a North Carolina corporation,<br><br>*Defendant/Counterplaintiff.* | Civil Action No. 1:19-cv-260<br><br>and<br><br>Civil Action No. 1:19-cv-660 |

## NOTICE OF APPEARANCE

NOW COMES the undersigned, John D. Wooten IV, being duly admitted to practice before the United States District Court for the Middle District of North Carolina, and hereby enters an appearance on behalf of Defendant R.J. Reynolds Vapor Company in the matter referenced above.

Dated: September 17, 2020

Respectfully submitted,

/s/ *John D. Wooten IV*
John D. Wooten IV, NCSB No. 51074
WOMBLE BOND DICKINSON (US) LLP
300 N. Greene St., Suite 1900
Greensboro, NC 27401
Telephone: 336.574.8090
Fax: 336.574.4524
JD.Wooten@wbd-us.com