IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FUMA INTERNATIONAL LLC,
an Ohio limited liability company,

*Plaintiff/Counterdefendant*,

v.

R.J. REYNOLDS VAPOR COMPANY,
a North Carolina corporation,

*Defendant/Counterplaintiff.*

1:19-CV-260

## ORDER

Before the Court is the Motion Requesting Leave to Withdraw of David Rufus Boaz as Counsel for R.J. Reynolds Vapor Company. Upon consideration thereof,

**IT IS HEREBY ORDERED** that the Motion Requesting Leave to Withdraw of David Boaz as Counsel is **GRANTED**.

This the 21st day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE