# EXHIBIT 3

Message

| | |
|---|---|
| **From**: | Davy [godscience@126.com] |
| **Sent**: | 7/22/2019 1:42:11 PM |
| **To**: | Miller, Laura [Laura.Miller@haynesboone.com] |
| **Subject**: | Re: E-Cigarette Patents |

Dear Laura,

Lucy had reviewed the record and find some sample product . now to answer your questions one by one.

1/ Yes, we find some samples at home and take some photos


CONFIDENTIAL RJRV-F000706087



发自我的 iPhone

在 2019年7月20日，上午11:06，Miller, Laura <Laura.Miller@haynesboone.com> 写道：

> Dear Davy,
>
> Thank you and Lucy. We will set up call after you and Lucy review your records and samples. If you or Lucy have questions or want to talk first, we can set up a call. We appreciate your help.
>
> Regards, Laura
>
> On Jul 19, 2019, at 9:27 PM, Davy <godscience@126.com> wrote:
>
>> Hi Laura,
>>
>> You may call me anytime to discuss these questions when needed. My phone number is 15502199379 which is 24h open .
>>
>> My wife Lucy had been taking care of my e-mail and related business . she will check all the letters and sales with our customers from 2007-2009. She will take some days help me to find out the sale records and some sample products from 2007-2009.
>>
>> We will wok some days to find them out and then say " YES" to your questions one by one.
>>
>>
>> Regards, Davy
>>
>>
>>
>> 发自我的 iPhone
>>
>> 在 2019年7月19日，上午6:42，Miller, Laura <Laura.Miller@haynesboone.com> 写道：
>>
>>> Hi Davy,
>>>
>>> Thanks for sending the patents. We understand from Kevin Frija that you supplied his company Smoke Anywhere with the 2-piece Fifty-One Duo product as well as the original 2-piece Fifty-One product. We are particularly interested in those products, as well as other 2-piece products you were supplying to U.S. customers prior to July 27, 2009. In particular, we have the following questions. If it would be easier to discuss these questions by telephone, we can arrange that as well. Just let me know what is most convenient for you.
>>>
>>> 感谢您把专利发给我们。我们从Kevin Frija那里了解到，您为他的公司Smoke Anywhere提供了两件式的Fifty-One Duo产品，以及原装的两件式Fifty-One产品。我们对这两项产品，以及您在2009年7月27日之前向美国客户提供的其他两件式产品

尤为感兴趣。我们具体有以下的问题。如果您认为通过电话讨论这些问题会更容易，我们也可以根据您的方便进行安排。

1. Do you have any samples of the Fifty-One Duo product that you supplied prior to July 27, 2009? Prior to July 27, 2010?

您是否还有这些在2009年7月27日之前提供的Fifty-One Duo产品的样品？或在2010年7月27日之前提供的产品的样品？

2. Do you have any technical drawings that show the internal structure of the Fifty-One Duo product that you supplied prior to July 27, 2009? Prior to July 27, 2010?

您是否有任何技术图纸，可以显示您在2009年7月27日之前提供的Fifty-One Duo产品的内部结构？或是在2010年7月27日之前提供的产品的内部结构？

3. Prior to July 27, 2009, did you supply any U.S. customers with e-cigarettes that incorporate the features of your patent CN200710054948. If yes, do you have any samples of those products or the technical drawings for those products? Also, who were the U.S. customers and do you have records of those sales?

在2009年7月27日之前，您是否向任何美国客户提供了任何电子烟是包含您的CN200710054948专利里面的特征？如果有，您是否还有这些产品的样品，或是这些产品的技术图纸？此外，这些美国客户是谁？您是否还保存了这些销售记录？

    a. Prior to July 27, 2010, did you supply any U.S. customers with e-cigarettes that incorporate the features of your patent CN200710054948. If yes, do you have any samples of those products or the technical drawings for those products? Also, who were the U.S. customers and do you have records of those sales?

在2010年7月27日之前，您是否向任何美国客户提供了任何电子烟是包含您的CN200710054948专利里面的特征？如果有，您是否有这些产品的样品，或是这些产品的技术图纸？此外，这些美国客户是谁？您是否还保存了这些销售记录？

4. Did you supply other U.S. customers with any other 2-piece e-cigarettes prior to July 27, 2009? If yes, do you have samples of those products or technical drawings for those products?

您是否在2009年7月27日之前向其他美国客户提供任何其他样式的两件式电子烟？如果有，您是否还有这些产品的样品，或是技术图纸样品？

a. Did you supply other U.S. customers with any other 2-piece e-cigarettes prior to July 27, 2010? If yes, do you have samples of those products or technical drawings for those products?

您是否在2010年7月27日之前向其他美国客户提供任何其他样式的两件式电子烟？如果有，您是否还有这些产品的样品，或是技术图纸样品？

5. Do you have any samples or technical drawings for the products you supplied to LoongTotem? Do you know if those products were resold to U.S. customers?

您是否有为LoongTotem提供的产品的样品或技术图纸？您知道这些产品是否转售给任何美国客户？

6. Did you have any communications or dealings with Tri-C Technologies or Smoke51Ohio or Greg Conley (all from Medina, Ohio USA) in the 2009-2012 timeframe?

您是否在2009 - 2012年期间与Tri-C Technologies，Smoke51Ohio，或Greg Conley（均来自美国俄亥俄州，麦地那）进行过任何联系或交易？

Regards, Laura
**Laura Miller**
Partner
(t) +1 312.216.1625

**From:** Davy <godscience@126.com>
**Sent:** Tuesday, July 9, 2019 7:35 PM
**To:** Miller, Laura <Laura.Miller@haynesboone.com>
**Subject:** Re: E-Cigarette Patents
Hi, Laura,
My former company name is Alading located in Zhengzhou city founded in 2005 . And the owner of LoongTotem is Jack whose company located in JIangmen city .
I had supplied e-cigarettes with cartomizer technology to Jack earlier than to Kevin .
Regards, Davy
发自我的 iPhone

在 2019年7月10日，上午2:26，Miller, Laura <Laura.Miller@haynesboone.com> 写道：

> HI Davy,
> Thanks for the information below. I'll review and be in touch. By the way, did you own a Chinese or HK based company called LoongTotem in 2009 or have any relationship with that company?
> Regards, Laura

**Laura Miller**
Partner
(t) +1 312.216.1625

**From:** Davy <godscience@126.com>
**Sent:** Monday, July 8, 2019 10:10 PM
**To:** Miller, Laura <Laura.Miller@haynesboone.com>
**Subject:** Re: E-Cigarette Patents

Hi Laura,

Here below is the trancing number about the early patent I filled from 2005 - 2007. You may download the the detail on web or I can resend the detail files to you later if necessary.

I have been kept working on e-cigarette project for 16 years and quite clear of every innovation points. It is my pleasure to provide information related to e-cigarette technology.

Regards, Davy

发自我的 iPhone

在 2019年7月9日,上午12:32,Miller, Laura <Laura.Miller@haynesboone.com> 写道:

> Hi Davy,
> I am an attorney in Chicago, Illinois. My contact information is below. Kevin Frija (Smoke Anywhere) gave me your name and email address. He said that you filed three Chinese patent applications in 2005 for e-cigarettes, one application in 2006 for a cartomizer, and one application in 2007 for an e-cigarette. Could you please send me the patent numbers for these applications? We are looking for examples of early patent applications for e-cigarettes.
> Thank you for your assistance.
> Regards, Laura
> haynes*boone*
> **Laura Miller**
> Partner
> laura.miller@haynesboone.com
>
> **Haynes and Boone, LLP**
> 180 N. LaSalle St.
> Suite 2215
> Chicago, IL 60601
>
> (t) +1 312.216.1625
> (f) +1 312.216.1621
>
> vCard | Bio | Website

CONFIDENTIALITY NOTICE: This
electronic mail transmission is
confidential,
may be privileged and should be read or
retained only by the intended
recipient. If you have received this
transmission in error, please
immediately notify the sender and
delete it from your system.

CONFIDENTIALITY NOTICE: This electronic mail
transmission is confidential,
may be privileged and should be read or retained only
by the intended
recipient. If you have received this transmission in error,
please
immediately notify the sender and delete it from your
system.

CONFIDENTIALITY NOTICE: This electronic mail transmission
is confidential,
may be privileged and should be read or retained only by the
intended
recipient. If you have received this transmission in error, please
immediately notify the sender and delete it from your system.

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential,
may be privileged and should be read or retained only by the intended
recipient. If you have received this transmission in error, please
immediately notify the sender and delete it from your system.